**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-25926-DPG**

GAVIN JOHNSON and LISA STOSS,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v.

CONSTELLATION BRANDS, INC.,
a Delaware corporation, and
CONSTELLATION BRANDS U.S.
OPERATIONS, INC., a New York
corporation,

Defendants.

_________________________________/

**PLAINTIFFS' NOTICE OF TERMINATION OF STAY**

Plaintiffs, Gavin Johnson and Lisa Stoss, pursuant to this Court's August 31, 2026 *Paperless Order Granting Parties' Joint Motion to Stay Pretrial and Trial Deadlines Pending Mediation* [D.E. 55], terminate the stay in the above captioned case, effective Tuesday, November 10, 2026. Accordingly, the parties shall resume discovery in accordance with the Federal Rules of Civil Procedure and any applicable Orders of this Court.

***[Signature block and Certificate of Service appear on the following page.]***

Respectfully submitted,

By: */s/ Daniel S. Maland*

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Daniel S. Maland, Esq.
Florida Bar No. 114932
dmaland@rvmrlaw.com
Robert M. Stein, Esq.
Florida Bar No. 93936
rstein@rvmrlaw.com
Miami Tower, Suite 2900
100 S.E. Second Street
Miami, Florida 33131
servicedanielmaland@rvmrlaw.com
servicerobertstein@rvmrlaw.com

and

By: */s/ Robert Neary*

**KOZYAK TROPIN & THROCKMORTON LLP**
Robert Neary, Esq.
Florida Bar No. 81712
rn@kttlaw.com
Rachel Sullivan, Esq.
Florida Bar No. 815640
rs@kttlaw.com
Abe Andrew Bailey, Esq.
Florida Bar No. 1010335
abailey@kttlaw.com
2525 Ponce de Leon Blvd. 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for the Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Daniel S. Maland*
Daniel S. Maland, Esq.